**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-61831-CIV-ALTMAN/Hunt**

**JULIANA ACOSTA**,

    Plaintiff,

v.

**REFINED PRECIOUS METALS, INC.**,

    Defendant.

_____/

**ORDER OF DISMISSAL**

**THIS MATTER** comes before the Court on the parties' Joint Notice of [Voluntary] Dismissal without Prejudice, filed on August 20, 2019 ("Notice") [ECF No. 6]. Because the request is one made pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court notes that the Notice is self-executing. Being fully advised,

The Court hereby **DISMISSES** the above-styled case **without prejudice**. The Clerk shall **CLOSE** the case, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 20th day of August 2019.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record